1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9

10   SOUTHWEST REGIONAL COUNCIL        )   CASE NO. LA CV13-05350-JAK (SPx)
11   OF CARPENTERS,                    )
                                       )
12                        Petitioner,  )   **JUDGMENT**
                                       )
13                                     )
14                vs.                  )
                                       )
15   DRYWALL DYNAMICS, INC.,           )
                                       )
16                                     )
17                        Respondent.  )
                                       )
18   _____ )

19
20
21
22
23
24
25
26
27
28

GOOD CAUSE APPEARING and consistent with the Opinion of the Ninth Circuit Court of Appeals, it is hereby ORDERED and ADJUDGED as follows:

1. The Petition of Southwest Regional Council of Carpenters to Confirm the arbitration award is GRANTED, and the Court's prior Order granting the Petition of Defendant to Vacate the arbitration award is VACATED.

2. The Collective Bargaining Agreement and/or any extensions of the July 1, 2010 agreement(s) are valid.

3. Drywall Dynamics, Inc. is hereby ORDERED to:

 a. Pay a fine of $400.00 to Southwest Joint Adjustment Board,

 b. Pay for the cost of proceedings in the amount of $2,000.00 to Southwest Joint Adjustment Board.

4. Southwest Regional Council of Carpenters may, in accordance with the Local Rules, file a motion seeking any appropriate and permitted award(s) of prejudgment interest, attorney's fees, and costs.

 IT IS SO ADJUDGED.

DATE: June 15, 2016   By:_____

       JOHN A. KRONSTADT
       United States District Judge